United States District Court
Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12   RONALD MARTINEZ,                        Case No. 13-0584 RS (JSC)
                    Plaintiff,               **ORDER RE: DISCOVERY DISPUTE**
13                                           **(Dkt. No. 27)**
          v.
14
15   HSBC BANK USA,
16
                    Defendant.
17
18
          The Court has been referred the parties' Discovery Letter Brief (Dkt. 27) for decision.
19
     Plaintiff seeks to quash subpoenas Defendant issued to Plaintiff's former and current
20
     employers.  In the letter Defendant indicates that the former employers have already produced
21
     documents in response to the subpoena, which would appear to moot the dispute with respect
22
     to those subpoenas.  Accordingly, on or before noon on Tuesday, October 1, 2013, the parties
23
     shall jointly advise the Court in writing as to which disputes remain pending.  The Court will
24
     hold a hearing on the remaining disputes on Thursday, October 3, 2013 at 10:00 a.m.
25
          **IT IS SO ORDERED.**
26
     Dated:  September 25, 2013
27                                           _____
28                                           JACQUELINE SCOTT CORLEY
                                             UNITED STATES MAGISTRATE JUDGE