IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK USA,<br><br>    Defendant. | Case No. 13-0584 RS (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE (Dkt. No. 27)** |

    Plaintiff Ronald Martinez sues his former employer, HSBC Bank USA, for age and disability discrimination among other claims. Defendant served subpoenas on Plaintiff's prior employers, Bank of America and Wells Fargo, as well as a subsequent employer, Union Bank, for certain personnel records. Plaintiff seeks to quash the subpoenas on the ground they seek irrelevant information protected by the California Constitution's right to privacy. Bank of America and Wells Fargo, however, already produced documents to Defendant pursuant to the subpoena.

    As stated on the record at the October 3, 2013 hearing, Defendant shall provide copies of the documents produced by Bank of America and Wells Fargo to Plaintiff and such

1  documents shall be maintained as confidential under the protective order.  The Court declines
2  to order Defendant to return any of the produced documents.
3       Further, the subpoena to Union Bank is quashed in light of Plaintiff's production of his
4  W-2 statements and his counsel's agreement to stipulate that Plaintiff did not seek any
5  medical accommodations while employed at Union Bank.
6       This Order disposes of Docket No. 27.

8  **IT IS SO ORDERED.**
9  Dated:  October 3, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE