United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTINEZ, | No. C-13-00584 RS (DMR) |
| Plaintiff(s), | **ORDER RE SETTLEMENT DISPUTE [DOCKET NO. 37]** |
| v. | |
| HSBC BANK USA, | |
| Defendant(s). | |

The court is in receipt of the parties' joint letter regarding a dispute about Defendant's delay in transmitting its second settlement payment to Plaintiff. [Docket No. 37.] On October 30, 2013, Defendant's counsel filed a letter to the court indicating that Plaintiff's counsel has received the second settlement payment. [Docket No. 38.] The court notes that the proper vehicle to address any dispute regarding the parties' performance of their obligations pursuant to the settlement agreement is an action for breach of that agreement. In any event, as Defendant has sent the second payment in full satisfaction of the settlement, Plaintiff's request for contempt and/or sanctions is DENIED as moot.

IT IS SO ORDERED.

Dated: October 30, 2013

_____
DONNA M. RYU
United States Magistrate Judge