E. JEFFREY GRUBE (SB# 167324)
jeffgrube@paulhastings.com
BLAKE BERTAGNA (SB# 273069)
blakebertagna@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendant
HSBC BANK U.S.A., N.A.

VIDA M. HOLGUIN (SB# 63536)
vida@holguinlaw.com
LAW OFFICES OF VIDA M. HOLGUIN
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, California 90254
Telephone: (310) 376-5207
Facsimile: (310) 376-4318

Attorney for Plaintiff
RONALD MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, a corporation; DOES 1-25,<br><br>　　　　　Defendant. | NO. 3:13-CV-00584-RS<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

## **STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and in accordance with this Court's Standby Order of Dismissal (Dkt. #36), Plaintiff Ronald Martinez and Defendant HSBC Bank USA, National Association, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

DATED: November 18, 2013

E. JEFFREY GRUBE
BLAKE R. BERTAGNA
PAUL HASTINGS LLP

By: _____ /BRB/
E. JEFFREY GRUBE

Attorneys for Defendant
HSBC BANK USA, NATIONAL ASSOCIATION

DATED: November 18, 2013

VIDA M. HOLGUIN
LAW OFFICES OF VIDA M. HOLGUIN

By: _____
VIDA M. HOLGUIN

Attorney for Plaintiff
RONALD MARTINEZ

-1-

JOINT STIPULATION FOR DISMISSAL OF
ACTION AND ORDER
U.S.D.C., N.D. CAL., NO 3:13-CV-00584-RS

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 11/19/13

_____
Richard Seeborg
United States District Judge