1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  BLAKE BERTAGNA (SB# 273069)
   blakebertagna@paulhastings.com
3  PAUL HASTINGS LLP
   1117 S. California Avenue
4  Palo Alto, California 94304
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Defendant
   HSBC BANK U.S.A., N.A.
7

8  VIDA M. HOLGUIN (SB# 63536)
   vida@holguinlaw.com
9  LAW OFFICES OF VIDA M. HOLGUIN
   2447 Pacific Coast Highway, Suite 100
10 Hermosa Beach, California 90254
   Telephone: (310) 376-5207
11 Facsimile: (310) 376-4318

12 Attorney for Plaintiff
   RONALD MARTINEZ
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 | RONALD MARTINEZ,                          | NO. 3:13-CV-00584-RS
19 |           Plaintiff,                      |
                                               | **JOINT STIPULATION FOR DISMISSAL**
20 |    vs.                                    | **OF ACTION AND ORDER**
21 | HSBC BANK USA, NATIONAL
   | ASSOCIATION, a corporation; DOES 1-25,
22 |
   |           Defendant.
23 |

**STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and in accordance with this Court's Standby Order of Dismissal (Dkt. #36), Plaintiff Ronald Martinez and Defendant HSBC Bank USA, National Association, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

DATED: November 18, 2013

E. JEFFREY GRUBE
BLAKE R. BERTAGNA
PAUL HASTINGS LLP

By: /s/ E. Jeffrey Grube /BRB/

E. JEFFREY GRUBE

Attorneys for Defendant
HSBC BANK USA, NATIONAL ASSOCIATION

DATED: November 18, 2013

VIDA M. HOLGUIN
LAW OFFICES OF VIDA M. HOLGUIN

By: /s/ Vida M. Holguin

VIDA M. HOLGUIN

Attorney for Plaintiff
RONALD MARTINEZ

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 11/19/13

_____
Richard Seeborg
United States District Judge